THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Rene McMasters
 now known as Rene McMasters Ronaghan, Respondent,
v.
H. Wayne
 Charpia a/k/a Howard W. Charpia and Jody E. Charpia, Defendants,
Of whom H.
 Wayne Charpia, a/k/a Howard W. Charpia, is the, Appellant.
 
 
 

Appeal From Dorchester County
 Edgar W. Dickson, Circuit Court Judge

Unpublished Opinion No.  2011-UP-445
Submitted October 1, 2011  Filed October
 11, 2011 

AFFIRMED

 
 
 
Howard W. Charpia, pro se, of Summerville.
Frank M. Cisa, of Mt. Pleasant, for
 Respondent.
 
 
 

PER CURIAM: H.
 Wayne Charpia appeals the circuit court's grant of Rene McMasters Ronaghan's
 motion for a compulsory order of reference, arguing the circuit court erred in:
 (1) not enforcing Rule 53, SCRCP; (2) not enforcing Rule 38, SCRCP; and (3) not
 accepting a "judicial/execution sale" or "upset bid sale"
 of the subject property.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether the circuit court erred in not
 enforcing Rule 53, SCRCP: Rule 71, SCRCP ("Actions to foreclose liens . .
 . shall ordinarily be referred to a master pursuant to Rule 53."); Rule
 53(b), SCRCP (stating an action for foreclosure "may be referred to the
 master . . . by order of a circuit judge or the clerk of court").
2. As to whether the circuit court erred in not
 enforcing Rule 38, SCRCP: Lester v. Dawson, 327 S.C. 263, 267, 491
 S.E.2d 240, 242 (1997) ("Generally, the relevant question in determining
 the right to trial by jury is whether an action is legal or equitable; there is
 no right to trial by jury for equitable actions.");  Wilder Corp. v.
 Wilke, 324 S.C. 570, 576, 479 S.E.2d 510, 513 (Ct. App. 1996) (stating
 actions for foreclosure are in equity).
3. As to whether the circuit court erred in not
 accepting a "judicial/execution sale" or the "upset bid
 sale" of the subject property: S.C. Dep't of Transp. v. First Carolina
 Corp. of S.C., 372 S.C. 295, 301-02, 641 S.E.2d 903, 907 (2007) (holding an
 issue must be raised to and ruled upon by the circuit court to preserve the
 issue for appellate review).
 AFFIRMED.
 HUFF,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decided this case without oral argument pursuant
 to Rule 215, SCACR.